**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSE AT NASHVILLE**

| | | |
|---|---|---|
| **BRADLEY JONES, individually and as the surviving spouse of the decedent, ROBERT WILLIAMS, JR.,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.:** _____ |
| **v.** | ) ) | **Jury Demand** |
| **VANDERBILT UNIVERISTY MEDICAL CENTER,** | ) ) ) | |
| **Defendant.** | ) ) | |

**AFFIDAVIT OF BRIAN CUMMINGS**
**DEMONSTRATING THE PLAINTIFF'S COMPLIANCE**
**WITH TENN. CODE ANN. §29-26-121(a)(3)(B)**

STATE OF TENNESSEE )
                          )
COUNTY OF DAVIDSON )

After first being duly sworn, the affiant, Brian Cummings, states as follows:

1.      My name is Brian Cummings. I am an adult citizen, over the age of eighteen years, and am competent to make the statements contained in this Affidavit.

2.      On November 15, 2023, written notice of a potential health care liability action was mailed (documents attached) by me to the Defendant, Vanderbilt University Medical Center, including a list of the names and addresses of all of the providers who were being sent a notice, as well as HIPAA-compliant medical authorizations permitting all of the listed providers to obtain complete medical records from one another, by certified mail, electronic return receipt requested,

and after obtaining a Certificate of Mailing, as included herein, from the U.S. Postal Service to the addresses documented within Collective Exhibit 1.

*****************************

Further Affiant sayeth not.

**BRIAN CUMMINGS**

Sworn to and subscribed before me on
May 6, 2024:

NOTARY PUBLIC

My Commission Expires:

07/07/2027

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option **A** ) or with Physical Return Receipt Service (Option **B** ).



## CERTIFIED MAIL

Brian Cummings
Cummings Law
4235 Hillsboro Pike, Suite 300
Nashville TN 37215-3344

9414 8118 9956 2604 7260 19

$7.180
US POSTAGE
FIRST-CLASS
FROM 37215
11/15/2023
stamps
endicia



PS Form 3800 6/02

**A**

**Certified Mail**
WITHOUT Physical Return Receipt Service

*(No Return Receipt Card)*
**Instructions**
1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 8118 9956 2604 7260 19

FEES
Postage per piece          $2.830
Certified Fee               $4.350
Total Postage & Fees:       $7.180

ARTICLE ADDRESS TO:

Vanderbilt Univ. Medical Center
Attn: C. Wright Pinson, MBA, MD
1211 Medical Center Dr
Nashville TN 37232-0004

Postmark
Here

Vanderbilt Univ. Medical Center
Attn: C. Wright Pinson, MBA, MD
1211 Medical Center Dr
Nashville TN 37232-0004

## CERTIFIED MAIL

## CERTIFIED MAIL

**Delivery Address**
when used with **A**
or Return Address
when used with **B**

← Fold and Tear →

## CERTIFIED MAIL

**B**

**Certified Mail**
WITH Physical Return Receipt Service

*(Uses Return Receipt Card)*
**Instructions**
1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)

X

B. Received By: *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type

**VOID**

2. Article Number *(Transfer from service label)*

PS Form 3811 Facsimile, July 2015 (SDC 3930)          Domestic Return Receipt

CERTIFIED MAIL

stamps.com
★ 1-UP Laser Form★
★NUSA CMF - 154 09/20★

stamps.com

→ **Top of the page**

**Certified Mail Labels (SDC-3930)**
Covered by and/or for use with U.S. Patents 6,244,763,6,688,46,7,216,170,7,236,956,7,059,70,7,490,065,7,567,940,7,613,639,7,743,043,7,882,094,8,027,926,8,027,927,8,027,935,8,041,444,8,046,823,8,103,647,8,195,579,8,301,572,8,392,391,6,498,943 and 6,843,464.

Case 3:24-cv-00568     Document 1-2     Filed 05/07/24     Page 3 of 27 PageID #: 12

# CUMMINGS LAW

Brian Cummings
Licensed to practice in TN, GA,
FL, CA & HI

brian@cummingsinjurylaw.com

4235 Hillsboro Pike #300
Nashville, TN 37215

Phone: (615) 319-4347
Fax: (615) 815-1876

November 15, 2023

**VIA U.S. CERTIFIED MAIL – ELECTRONIC RETURN RECEIPT**
Vanderbilt Univ. Medical Center
Attn: C. Wright Pinson, MBA, MD
1211 Medical Center Dr.
Nashville, TN 37232

### Re: *Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear C. Wright Pinson:

I represent Bradley Jones regarding the death of his husband, Robert Williams, Jr., at Vanderbilt University Medical Center ("Vanderbilt").

Mr. Williams was admitted to Vanderbilt on June 1, 2023, he was determined to be a good candidate for a heart transplant, which he underwent early during the admission, and he contracted two infections (a fungal infection and a bacterial infection) at Vanderbilt that led to sepsis and caused his death on July 13, 2023.

With regard to the fungal infection, which is referred to at times in the records as "infection due to Rhizopus," a Vanderbilt staff member told Mr. Jones that another Vanderbilt patient had come down with the same type of fungal infection.

Through me and my firm, my client is asserting claims for healthcare liability against Vanderbilt University Medical Center ("Vanderbilt"). This is a wrongful death, healthcare liability claim. I am hereby providing you with such notice under Tenn. Code Ann. §29-26-121(a).

The claims involve the failure of Vanderbilt, including its employees and agents, and including its physicians and physicians-in-training, to provide proper care and treatment to Mr. Williams during the June 1, 2023 admission. This includes, but is not limited to, negligent care related to Mr. Williams contracting both infections and related to the ineffective treatment of those infections. These failures to comply with the applicable, recognized standard of acceptable professional practice caused Mr. Williams' death.

The injuries and damages sustained as a result of the professional negligence include, but are not limited to, past medical expenses, physical pain and suffering, emotional pain and suffering, loss of enjoyment of life, loss of earning capacity, Mr. Jones' loss of spousal consortium, funeral and burial expenses, and all other available damages available in a wrongful death, healthcare liability claim.

**********************

The full name and date of birth of the patient whose treatment is at issue are:

Robert Williams, Jr.
██████████

The name and address of the claimant(s) authorizing this notice, and their relationship to the patient, if the notice is not sent by the patient, are:

Bradley Jones (surviving spouse)
2010 Cedar Creek Dr.
Henryville, IN 47126

The name and address of the attorney sending this notice are:

Brian Cummings
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215

Enclosed is a list of the names and addresses of all providers being sent a notice at this time.

Also enclosed is a HIPAA-compliant medical authorization which will permit you to obtain complete medical records from each other provider also being sent presuit notice.

Pursuant to Tenn. Code Ann. §29-26-121(a)(5), you are reminded of your statutory obligation to identify any person, entity, or healthcare provider who you believe, based on any reasonable knowledge and information available, who may be a properly named defendant in this action, and to communicate this information in writing within 30 days of receipt of this letter to me as counsel for the potential claimant. This includes any modifications of the way that your name is stated in this written presuit notice. This also includes any employees or agents you believe need to be included in this claim / lawsuit for the care and allegations at issue.

***********

To the extent that you have any interest in settling this matter and all of its damages in the next 60 days prior to a lawsuit being filed, I can be reached at brian@cummingsinjurylaw.com or at 615-319-4347.

Sincerely,

Brian Cummings

Enclosures

2

NAMES & ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
PURUSANT TO TENN. CODE ANN. 29-26-121(a)

| PROVIDER | ADDRESS PER TN DEPT. OF HEALTH | CURRENT BUSINESS ADDRESS | REGISTERED AGENT ADDRESS – TN SEC. OF STATE |
|---|---|---|---|
| Vanderbilt University Medical Center | 1211 Medical Center Drive Nashville, TN 37232 Attn: C. Wright Pinson, M.B.A., M.D. | 1211 Medical Center Drive Nashville, TN 37232<br><br>1161 21st Ave., S., Medical Center North D-3300 Nashville, TN 37232-5545 **(Principal Office – TN Sec. State)**<br><br>3322 West End Ave., #1100 Nashville, TN 37203-1000 **(Mailing Address – TN Sec. State)** | National Registered Agents, Inc. 300 Montvue Road Knoxville, TN 37919-5546 **(TN Sec. State)** |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| **Patient Name:** ROBERT WILLIAMS, JR. | **Date of Birth:** [redacted] | **Social Security No:** [redacted] |
| **Provider's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | **Recipient's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | |
| **Provider's Address:** 1211 MEDICAL CENTER DR. NASHVILLE, TN 37232 | **Address 1:** 1211 MEDICAL CENTER DR. | |
| | **Address 2:** | |
| | **City** NASHVILLE | **State** TN **Zip** 37232 |

This authorization will expire on the following (fill in the Date or the Event but not both)
**Date:** 6-1-2024    **Event:**

**Purpose of Disclosure:** Compliance with Tenn. Code Ann. §29-26-121

**Description of Information to be Used or Disclosed:** All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Law, 4235 Hillsboro Pike #300, Nashville, TN, 37215, within five days after the records are obtained via this authorization, if feasible, and with email transmittal being preferred to reduce / eliminate costs.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: | Date: 10/12/23 |
|---|---|
| Print Name of Guardian / Representative (if applicable): Bradley Jones | Relationship to Patient (if applicable): Spouse |



TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER 2023 042479

| 1. Decedent's Legal Name | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|
| ROBERT WAYNE WILLIAMS JR | | | | MALE | 07/13/2025 |

| 4. Time of Death (Approx.) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 22:22 | 51 | | NEW ALBANY, IN |

| 8a. Place of Death |
|---|
| INPATIENT |

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER | NASHVILLE | DAVIDSON |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| MARRIED | BRADLEY JONES | FACILITY MANAGER | FIRST UROLOGY |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| | INDIANA | CLARK | HENRYVILLE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 2010 CEDAR CREEK DRIVE | YES | 47126 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| ROBERT WILLIAMS SR | ROBERTA BALDWIN HAWKINS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| BRADLEY JONES | SPOUSE | 2010 CEDAR CREEK DRIVE, HENRYVILLE, IN 47126 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| ENTOMBMENT REMOVAL FROM STATE | KRAFT GRACELAND MEMORIAL PARK | NEW ALBANY, IN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ► /s/ KALEIGH B EASTWOOD | 20503 | ► /s/ STEPHANIE BROOK WORKING | 6116 |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| WOODLAWN-ROESCH-PATTON FUNERAL HOME AND MEMORIAL, 660 THOMPSON LANE, NASHVILLE, TN 37204-0407 | 933 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ► /s/ EDWARD G BISHOP III | 07/17/2023 |

26. Certifier

26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ► /s/ ABHISH S. SHAH | 053242 | 07/14/2023 |

| 27d. Name and Address |
|---|
| ABHISH S. SHAH VANDERBILT UNIVERSITY MEDICAL CENTER 1211 MEDICAL CENTER DRIVE, NASHVILLE, TN 37232 |

28. Part I. ENTER THE CHAIN OF EVENTS--DISEASES, INJURIES, OR COMPLICATIONS--THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (Disease or injury that initiated the events resulting in death) LAST | a. SEPSIS | |
| | b. HEART TRANSPLANT | |
| | c. | |
| | d. | |

| Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 29a. Was an Autopsy Performed? |
|---|---|
| | NO |
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| NATURAL | NO | N/A |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1699E

RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

15075793

Edward H Bishop III
Edward G. Bishop III
State Registrar

Ralph Alvarado, MD, FACP
Commissioner

Date Issued: Jul-17-2023

Williams - Vanderbilt 0005
Case 3:24-cv-00568   Document 1-2   Filed 05/07/24   Page 8 of 27 PageID #: 17

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option **A** ) or with Physical Return Receipt Service (Option **B** ).



Brian Cummings
Cummings Law
4235 Hillsboro Pike, Suite 300
Nashville TN 37215-3344

### CERTIFIED MAIL

9414 8118 9956 2604 7272 21

PS Form 3800 6/02

$7.180
US POSTAGE
FIRST-CLASS
FROM 37215
11/15/2023
stamps
endicia

06ZS00105550000

**stamps** .com®

**→ Top of the page**

## U.S. Postal Service — Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9414 8118 9956 2604 7272 21

**FEES**

Postage per piece    $2.830
Certified Fee         $4.350
**Total Postage & Fees:**  $7.180

**ARTICLE ADDRESS TO:**

Vanderbilt Univ. Medical Center
1161 21st Ave., S.
Medical Center North D-3300
Nashville TN 37232-5545

Postmark
Here

Vanderbilt Univ. Medical Center
1161 21st Ave., S.
Medical Center North D-3300
Nashville TN 37232-5545

### CERTIFIED MAIL

### CERTIFIED MAIL

### CERTIFIED MAIL

**VOID**

---

### A
**Certified Mail**
**WITHOUT Physical Return Receipt Service**

*(No Return Receipt Card)*
**Instructions**
1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**Delivery Address when used with A or Return Address when used with B**

← Fold and Tear →

### B
**Certified Mail**
**WITH Physical Return Receipt Service**

*(Uses Return Receipt Card)*
**Instructions**
1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

---

## CERTIFIED MAIL

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: *( ☐ Addressee or ☐ Agent)*
X

1. Article Addressed to:

B. Received By: *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type

2. Article Number *(Transfer from service label)*

PS Form 3811 Facsimile, July 2015 (SDC 3930)    Domestic Return Receipt

**stamps** .com®

★ 1-UP Laser Form★
★USA OMF - 1S4.06/20★

**Certified Mail Labels (SDC-3930)**
Covered by and/or for use with U.S. Patents 6,244,763,6,868,406,7,216,110,7,236,956,7,236,970, 7,490,065,7,567,940,7,613,639,7,743,043,7,882,094,8,027,926,8,027,927,8,027,935,8,041,644, 8,046,828,8,103,647,8,195,579,8,301,572,8,392,591,8,498,943 and 8,843,464.

# CUMMINGS LAW

Brian Cummings
Licensed to practice in TN, GA,
FL, CA & HI

brian@cummingsinjurylaw.com

4235 Hillsboro Pike #300
Nashville, TN 37215

Phone: (615) 319-4347
Fax: (615) 815-1876

November 15, 2023

**VIA U.S. CERTIFIED MAIL – ELECTRONIC RETURN RECEIPT**
Vanderbilt Univ. Medical Center
1161 21st Ave., S.
Medical Center North D-3300
Nashville, TN 37232-5545

### Re: *Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Vanderbilt University Medical Center:

I represent Bradley Jones regarding the death of his husband, Robert Williams, Jr., at Vanderbilt University Medical Center ("Vanderbilt").

Mr. Williams was admitted to Vanderbilt on June 1, 2023, he was determined to be a good candidate for a heart transplant, which he underwent early during the admission, and he contracted two infections (a fungal infection and a bacterial infection) at Vanderbilt that led to sepsis and caused his death on July 13, 2023.

With regard to the fungal infection, which is referred to at times in the records as "infection due to Rhizopus," a Vanderbilt staff member told Mr. Jones that another Vanderbilt patient had come down with the same type of fungal infection.

Through me and my firm, my client is asserting claims for healthcare liability against Vanderbilt University Medical Center ("Vanderbilt"). This is a wrongful death, healthcare liability claim. I am hereby providing you with such notice under Tenn. Code Ann. §29-26-121(a).

The claims involve the failure of Vanderbilt, including its employees and agents, and including its physicians and physicians-in-training, to provide proper care and treatment to Mr. Williams during the June 1, 2023 admission. This includes, but is not limited to, negligent care related to Mr. Williams contracting both infections and related to the ineffective treatment of those infections. These failures to comply with the applicable, recognized standard of acceptable professional practice caused Mr. Williams' death.

The injuries and damages sustained as a result of the professional negligence include, but are not limited to, past medical expenses, physical pain and suffering, emotional pain and suffering, loss of enjoyment of life, loss of earning capacity, Mr. Jones' loss of spousal consortium, funeral and burial expenses, and all other available damages available in a wrongful death, healthcare liability claim.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The full name and date of birth of the patient whose treatment is at issue are:

Robert Williams, Jr.

████████

The name and address of the claimant(s) authorizing this notice, and their relationship to the patient, if the notice is not sent by the patient, are:

Bradley Jones (surviving spouse)
2010 Cedar Creek Dr.
Henryville, IN 47126

The name and address of the attorney sending this notice are:

Brian Cummings
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215

Enclosed is a list of the names and addresses of all providers being sent a notice at this time.

Also enclosed is a HIPAA-compliant medical authorization which will permit you to obtain complete medical records from each other provider also being sent presuit notice.

Pursuant to Tenn. Code Ann. §29-26-121(a)(5), you are reminded of your statutory obligation to identify any person, entity, or healthcare provider who you believe, based on any reasonable knowledge and information available, who may be a properly named defendant in this action, and to communicate this information in writing within 30 days of receipt of this letter to me as counsel for the potential claimant. This includes any modifications of the way that your name is stated in this written presuit notice. This also includes any employees or agents you believe need to be included in this claim / lawsuit for the care and allegations at issue.

\*\*\*\*\*\*\*\*\*\*\*

To the extent that you have any interest in settling this matter and all of its damages in the next 60 days prior to a lawsuit being filed, I can be reached at brian@cummingsinjurylaw.com or at 615-319-4347.

Sincerely,

*Brian Cum*

Brian Cummings

Enclosures

2

## NAMES & ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
## PURUSANT TO TENN. CODE ANN. 29-26-121(a)

| PROVIDER | ADDRESS PER TN DEPT. OF HEALTH | CURRENT BUSINESS ADDRESS | REGISTERED AGENT ADDRESS – TN SEC. OF STATE |
|---|---|---|---|
| Vanderbilt University Medical Center | 1211 Medical Center Drive Nashville, TN 37232 Attn: C. Wright Pinson, M.B.A., M.D. | 1211 Medical Center Drive Nashville, TN 37232<br><br>1161 21st Ave., S., Medical Center North D-3300 Nashville, TN 37232-5545 **(Principal Office – TN Sec. State)**<br><br>3322 West End Ave., #1100 Nashville, TN 37203-1000 **(Mailing Address – TN Sec. State)** | National Registered Agents, Inc. 300 Montvue Road Knoxville, TN 37919-5546 **(TN Sec. State)** |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| **Patient Name:** ROBERT WILLIAMS, JR. | **Date of Birth:** ▮▮▮▮ | **Social Security No:** ▮▮▮▮ |
| **Provider's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | **Recipient's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | |
| **Provider's Address:** 1211 MEDICAL CENTER DR. NASHVILLE, TN 37232 | **Address 1:** 1211 MEDICAL CENTER DR. | |
| | **Address 2:** | |
| | **City** NASHVILLE | **State** TN **Zip** 37232 |

This authorization will expire on the following (fill in the Date or the Event but not both)

**Date:** 6-1-2024     **Event:**

**Purpose of Disclosure:** Compliance with Tenn. Code Ann. §29-26-121

**Description of Information to be Used or Disclosed:** All PHI in Medical Record for All Dates

I understand that:

1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:  NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.** All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Law, 4235 Hillsboro Pike #300, Nashville, TN, 37215, within five days after the records are obtained via this authorization, if feasible, and with email transmittal being preferred to reduce / eliminate costs.

## SECTION C:  SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *[signature]* | Date: 10/10/23 |
|---|---|
| Print Name of Guardian / Representative (if applicable): Bradley Jones | Relationship to Patient (if applicable): Spouse |



TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER **2023 042479**



| 1. Decedent's Legal Name | | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|---|
| ROBERT WAYNE WILLIAMS JR | | | | | MALE | 07/13/2023 |

| 4. Time of Death (Approx.) | 5a. Age | | 6. Date of Birth | 7. Birthplace | | |
|---|---|---|---|---|---|---|
| 22:22 | 51 | | | NEW ALBANY, IN | | |

| 8a. Place of Death | | | |
|---|---|---|---|
| INPATIENT | | | |

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER | NASHVILLE | DAVIDSON |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| MARRIED | BRADLEY JONES | FACILITY MANAGER | FIRST UROLOGY |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| | INDIANA | CLARK | HENRYVILLE |

| 13d. Street and Number | | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|---|
| 2010 CEDAR CREEK DRIVE | | YES | 47126 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| ROBERT WILLIAMS SR | ROBERTA BALDWIN HAWKINS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| BRADLEY JONES | SPOUSE | 2010 CEDAR CREEK DRIVE, HENRYVILLE, IN 47126 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| ENTOMBMENT REMOVAL FROM STATE | KRAFT GRACELAND MEMORIAL PARK | NEW ALBANY, IN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ► /s/ KALEIGH B EASTWOOD | 20503 | ► /s/ STEPHANIE BROOK WORKING | 6118 |

| 23a. Name and Address of Funeral Home | | | 23b. License Number |
|---|---|---|---|
| WOODLAWN-ROESCH-PATTON FUNERAL HOME AND MEMORIAL, 660 THOMPSON LANE, NASHVILLE, TN 37204-0407 | | | 933 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ► /s/ EDWARD G BISHOP III | 07/17/2023 |

26. Certifier

26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ► /s/ ASHISH S. SHAH | 0S3242 | 07/14/2023 |

| 27d. Name and Address |
|---|
| ASHISH S. SHAH VANDERBILT UNIVERSITY MEDICAL CENTER 1211 MEDICAL CENTER DRIVE, NASHVILLE, TN 37232 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. SEPSIS | |
| | b. HEART TRANSPLANT | |
| | c. | |
| | d. | |

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| | 29a. Was an Autopsy Performed? |
|---|---|
| | NO |
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| NATURAL | NO | N/A |

| 33. If Transportation injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | | | | |
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |
| | | | | |

PH-1659E

RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

15075793

*Edward A Bishop III*
Edward G. Bishop III
State Registrar

*Ralph Alvarado*
Ralph Alvarado, MD, FACP
Commissioner

Date Issued: Jul-17-2023

## CERTIFICATION OF VITAL RECORD

Williams - Vanderbilt 0005
Case 3:24-cv-00568    Document 1-2    Filed 05/07/24    Page 14 of 27 PageID #: 23

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option Ⓐ) or with Physical Return Receipt Service (Option Ⓑ).

## CERTIFIED MAIL

Brian Cummings
Cummings Law
4235 Hillsboro Pike, Suite 300
Nashville TN 37215-3344



9414 8118 9956 2604 7202 15

$7.180
US POSTAGE
FIRST-CLASS
FROM 37215
11/15/2023
stamps
endicia

PS Form 3800 6/02

### Ⓐ Certified Mail
**WITHOUT Physical Return Receipt Service**

*(No Return Receipt Card)*
**Instructions**
1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

---

**U.S. Postal Service Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 8118 9956 2604 7202 15

FEES
Postage per piece      $2.830
Certified Fee          $4.350
Total Postage & Fees:  $7.180

ARTICLE ADDRESS TO:

Vanderbilt Univ. Medical Center
3322 W End Ave Ste 1100
Nashville TN 37203-1000

Postmark
Here

Vanderbilt Univ. Medical Center
3322 W End Ave Ste 1100
Nashville TN 37203-1000

**Delivery Address when used with Ⓐ or Return Address when used with Ⓑ**

## CERTIFIED MAIL

← Fold and Tear →

---

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent )
X

B. Received By: *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type

## CERTIFIED MAIL

## VOID

### Ⓑ Certified Mail
**WITH Physical Return Receipt Service**

*(Uses Return Receipt Card)*
**Instructions**
1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

PS Form 3811 Facsimile, July 2015 (SDC 3930)      Domestic Return Receipt

**Certified Mail Labels (SDC-3930)**
Covered by and/or for use with U.S. Patents 6,244,763;5,868,406;7,216,116;7,236,976; 7,490,065;7,567,940;7,613,639; 7,743,043;7,382,094;8,027,926;8,027,927;8,027,935;8,041,644; 8,046,823;8,103,047;8,195,579;8,301,572;8,392,391;8,498,943 and 8,843,464.

# CUMMINGS LAW

Brian Cummings
Licensed to practice in TN, GA,
FL, CA & HI

brian@cummingsinjurylaw.com

4235 Hillsboro Pike #300
Nashville, TN 37215

Phone: (615) 319-4347
Fax: (615) 815-1876

November 15, 2023

**VIA U.S. CERTIFIED MAIL – ELECTRONIC RETURN RECEIPT**
Vanderbilt Univ. Medical Center
3322 West End Ave., #1100
Nashville, TN 37203-1000

### Re: *Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Vanderbilt University Medical Center:

I represent Bradley Jones regarding the death of his husband, Robert Williams, Jr., at Vanderbilt University Medical Center ("Vanderbilt").

Mr. Williams was admitted to Vanderbilt on June 1, 2023, he was determined to be a good candidate for a heart transplant, which he underwent early during the admission, and he contracted two infections (a fungal infection and a bacterial infection) at Vanderbilt that led to sepsis and caused his death on July 13, 2023.

With regard to the fungal infection, which is referred to at times in the records as "infection due to Rhizopus," a Vanderbilt staff member told Mr. Jones that another Vanderbilt patient had come down with the same type of fungal infection.

Through me and my firm, my client is asserting claims for healthcare liability against Vanderbilt University Medical Center ("Vanderbilt"). This is a wrongful death, healthcare liability claim. I am hereby providing you with such notice under Tenn. Code Ann. §29-26-121(a).

The claims involve the failure of Vanderbilt, including its employees and agents, and including its physicians and physicians-in-training, to provide proper care and treatment to Mr. Williams during the June 1, 2023 admission. This includes, but is not limited to, negligent care related to Mr. Williams contracting both infections and related to the ineffective treatment of those infections. These failures to comply with the applicable, recognized standard of acceptable professional practice caused Mr. Williams' death.

The injuries and damages sustained as a result of the professional negligence include, but are not limited to, past medical expenses, physical pain and suffering, emotional pain and suffering, loss of enjoyment of life, loss of earning capacity, Mr. Jones' loss of spousal consortium, funeral and burial expenses, and all other available damages available in a wrongful death, healthcare liability claim.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The full name and date of birth of the patient whose treatment is at issue are:

Robert Williams, Jr.

████████

The name and address of the claimant(s) authorizing this notice, and their relationship to the patient, if the notice is not sent by the patient, are:

Bradley Jones (surviving spouse)
2010 Cedar Creek Dr.
Henryville, IN 47126

The name and address of the attorney sending this notice are:

Brian Cummings
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215

Enclosed is a list of the names and addresses of all providers being sent a notice at this time.

Also enclosed is a HIPAA-compliant medical authorization which will permit you to obtain complete medical records from each other provider also being sent presuit notice.

Pursuant to Tenn. Code Ann. §29-26-121(a)(5), you are reminded of your statutory obligation to identify any person, entity, or healthcare provider who you believe, based on any reasonable knowledge and information available, who may be a properly named defendant in this action, and to communicate this information in writing within 30 days of receipt of this letter to me as counsel for the potential claimant. This includes any modifications of the way that your name is stated in this written presuit notice. This also includes any employees or agents you believe need to be included in this claim / lawsuit for the care and allegations at issue.

***********

To the extent that you have any interest in settling this matter and all of its damages in the next 60 days prior to a lawsuit being filed, I can be reached at brian@cummingsinjurylaw.com or at 615-319-4347.

Sincerely,

*Brian Cu*

Brian Cummings

Enclosures

2

## NAMES & ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
## PURUSANT TO TENN. CODE ANN. 29-26-121(a)

| PROVIDER | ADDRESS PER TN DEPT. OF HEALTH | CURRENT BUSINESS ADDRESS | REGISTERED AGENT ADDRESS – TN SEC. OF STATE |
|---|---|---|---|
| Vanderbilt University Medical Center | 1211 Medical Center Drive Nashville, TN 37232 Attn: C. Wright Pinson, M.B.A., M.D. | 1211 Medical Center Drive Nashville, TN 37232<br><br>1161 21st Ave., S., Medical Center North D-3300 Nashville, TN 37232-5545 **(Principal Office – TN Sec. State)**<br><br>3322 West End Ave., #1100 Nashville, TN 37203-1000 **(Mailing Address – TN Sec. State)** | National Registered Agents, Inc. 300 Montvue Road Knoxville, TN 37919-5546 **(TN Sec. State)** |

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| **Patient Name:** ROBERT WILLIAMS JR. | **Date of Birth:** | **Social Security No:** |
| **Provider's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | **Recipient's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | |
| **Provider's Address:** 1211 MEDICAL CENTER DR NASHVILLE, TN 87232 | **Address 1:** 1211 MEDICAL CENTER DR. | |
| | **Address 2:** | |
| | **City** NASHVILLE | **State** TN **Zip** 37232 |

This authorization will expire on the following (fill in the Date or the Event but not both)

**Date:** 6-1-2024      **Event:**

**Purpose of Disclosure:** Compliance with Tenn. Code Ann. §29-26-121

**Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates**

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Law, 4235 Hillsboro Pike #300, Nashville, TN, 37215, within five days after the records are obtained via this authorization, if feasible, and with email transmittal being preferred to reduce / eliminate costs.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: | **Date:** 10/12/23 |
|---|---|
| Print Name of Guardian / Representative (if applicable): Bradley Jones | **Relationship to Patient** (if applicable): Spouse |



## STATE OF TENNESSEE
### Office of Vital Records

## TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER **2023 042479**

| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|---|---|
| ROBERT WAYNE WILLIAMS JR | | | | | | MALE | 07/13/2023 |

| 4. Time of Death (Approx.) | 5a. Age | | 6. Date of Birth | 7. Birthplace | | | |
|---|---|---|---|---|---|---|---|
| 22:22 | 51 | | | NEW ALBANY, IN | | | |

| 8a. Place of Death |
|---|
| INPATIENT |

| 9b. Facility Name | | 8c. City or Town | | 8d. County of Death |
|---|---|---|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER | | NASHVILLE | | DAVIDSON |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| MARRIED | BRADLEY JONES | FACILITY MANAGER | FIRST UROLOGY |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| | INDIANA | CLARK | HENRYVILLE |

| 13d. Street and Number | | | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|---|---|
| 2010 CEDAR CREEK DRIVE | | | YES | 47126 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| ROBERT WILLIAMS SR | ROBERTA BALDWIN HAWKINS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| BRADLEY JONES | SPOUSE | 2010 CEDAR CREEK DRIVE, HENRYVILLE, IN 47126 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| ENTOMBMENT REMOVAL FROM STATE | KRAFT GRACELAND MEMORIAL PARK | NEW ALBANY, IN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ KALEIGH B EASTWOOD | 20503 | ▶ /s/ STEPHANIE BROOK WORKING | 6116 |

| 23a. Name and Address of Funeral Home | | 23b. License Number |
|---|---|---|
| WOODLAWN-ROESCH-PATTON FUNERAL HOME AND MEMORIAL, 660 THOMPSON LANE, NASHVILLE, TN 37204-0407 | | 933 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 07/17/2023 |

26. Certifier

26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ ASHISH S. SHAH | 053242 | 07/14/2023 |

| 27d. Name and Address |
|---|
| ASHISH S. SHAH VANDERBILT UNIVERSITY MEDICAL CENTER 1211 MEDICAL CENTER DRIVE, NASHVILLE, TN 37232 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

Approximate interval: Onset to Death

IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. SEPSIS

b. HEART TRANSPLANT

c.

d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| 29a. Was an Autopsy Performed? |
|---|
| NO |

| 29b. Were Autopsy Findings Available to Complete the Cause of Death? |
|---|

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| NATURAL | NO | N/A |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | | | | |

| 34e. Describe How Injury Occurred | 34f. Location of Injury |
|---|---|
| | |

PH-1699E

RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

15075793

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III
State Registrar

Ralph Alvarado, MD, FACP
Commissioner

Date Issued: Jul-17-2023

## CERTIFICATION OF VITAL RECORD

Williams - Vanderbilt 0005

Each sheet can be used for one Certified Mail piece, which can be sent without Physical Return Receipt Service (Option **A** ) or with Physical Return Receipt Service (Option **B** ).

## CERTIFIED MAIL

Brian Cummings
Cummings Law
4235 Hillsboro Pike, Suite 300
Nashville TN 37215-3344



9414 8118 9956 2604 7262 55

$7.18⁰
US POSTAGE
FIRST-CLASS
FROM 37215
11/15/2023
stamps
endicia



PS Form 3800 6/02

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 8118 9956 2604 7262 55

**FEES**

| | |
|---|---|
| Postage per piece | $2.830 |
| Certified Fee | $4.350 |
| **Total Postage & Fees:** | **$7.180** |

**ARTICLE ADDRESS TO:**

Vanderbilt Univ. Medical Center
c/o National Registered Agents, Inc.
300 Montvue Rd
Knoxville TN 37919-5510

Postmark
Here

Vanderbilt Univ. Medical Center
c/o National Registered Agents, Inc.
300 Montvue Rd
Knoxville TN 37919-5510

*CERTIFIED MAIL*

## CERTIFIED MAIL

### A

**Certified Mail**
**WITHOUT Physical Return Receipt Service**

*(No Return Receipt Card)*
**Instructions**

1. Apply this label to the TOP EDGE of the mailpiece.
2. Apply address label below to the CENTER of the mailpiece.
3. Peel the Certified Mail label below and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

**Delivery Address** when used with **A** or **Return Address** when used with **B**

← **Fold and Tear** →

---

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *( ☐ Addressee or ☐ Agent)*

X

| B. Received By: *(Printed Name)* | C. Date of Delivery |
|---|---|

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

2. Article Number *(Transfer from service label)*

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt

## CERTIFIED MAIL

### B

**Certified Mail**
**WITH Physical Return Receipt Service**

*(Uses Return Receipt Card)*
**Instructions**

1. Apply address label above to the back of this card.
2. Apply this card to the TOP EDGE of the mailpiece.
3. Peel the Certified Mail label above and fold it over your envelope, just above the postage so that it covers the existing Certified Mail marking.

VOID

**Certified Mail Labels (SDC-3930)**
Covered by and/or for use with U.S. Patents 6,244,763,6,868,406,7,216,110,7,236,956,7,236,970, 7,490,065,7,567,940,7,613,639,7,743,043,7,880,994,8,027,926,8,027,927,8,027,929,8,041,644, 8,046,823,8,103,647,8,195,579,8,301,572,8,392,591,8,498,943 and 8,843,464.

**CERTIFIED MAIL**

**U.S. Postal Service**
**Certified Mail Receipt**

→ Top of the page

stamps.com

★ 1-UP Laser Form★
★USA DMF - 154.06/20★

# CUMMINGS LAW

Brian Cummings
Licensed to practice in TN, GA,
FL, CA & HI

brian@cummingsinjurylaw.com

4235 Hillsboro Pike #300
Nashville, TN 37215

Phone: (615) 319-4347
Fax: (615) 815-1876

November 15, 2023

**VIA U.S. CERTIFIED MAIL – ELECTRONIC RETURN RECEIPT**

Vanderbilt Univ. Medical Center
c/o National Registered Agents, Inc.
300 Montvue Rd.
Knoxville, TN 37919-5546

### Re: *Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Registered Agent for Vanderbilt University Medical Center:

I represent Bradley Jones regarding the death of his husband, Robert Williams, Jr., at Vanderbilt University Medical Center ("Vanderbilt").

Mr. Williams was admitted to Vanderbilt on June 1, 2023, he was determined to be a good candidate for a heart transplant, which he underwent early during the admission, and he contracted two infections (a fungal infection and a bacterial infection) at Vanderbilt that led to sepsis and caused his death on July 13, 2023.

With regard to the fungal infection, which is referred to at times in the records as "infection due to Rhizopus," a Vanderbilt staff member told Mr. Jones that another Vanderbilt patient had come down with the same type of fungal infection.

Through me and my firm, my client is asserting claims for healthcare liability against Vanderbilt University Medical Center ("Vanderbilt"). This is a wrongful death, healthcare liability claim. I am hereby providing you with such notice under Tenn. Code Ann. §29-26-121(a).

The claims involve the failure of Vanderbilt, including its employees and agents, and including its physicians and physicians-in-training, to provide proper care and treatment to Mr. Williams during the June 1, 2023 admission. This includes, but is not limited to, negligent care related to Mr. Williams contracting both infections and related to the ineffective treatment of those infections. These failures to comply with the applicable, recognized standard of acceptable professional practice caused Mr. Williams' death.

The injuries and damages sustained as a result of the professional negligence include, but are not limited to, past medical expenses, physical pain and suffering, emotional pain and suffering, loss of enjoyment of life, loss of earning capacity, Mr. Jones' loss of spousal consortium, funeral and burial expenses, and all other available damages available in a wrongful death, healthcare liability claim.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The full name and date of birth of the patient whose treatment is at issue are:

Robert Williams, Jr.

The name and address of the claimant(s) authorizing this notice, and their relationship to the patient, if the notice is not sent by the patient, are:

Bradley Jones (surviving spouse)
2010 Cedar Creek Dr.
Henryville, IN 47126

The name and address of the attorney sending this notice are:

Brian Cummings
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215

Enclosed is a list of the names and addresses of all providers being sent a notice at this time.

Also enclosed is a HIPAA-compliant medical authorization which will permit you to obtain complete medical records from each other provider also being sent presuit notice.

Pursuant to Tenn. Code Ann. §29-26-121(a)(5), you are reminded of your statutory obligation to identify any person, entity, or healthcare provider who you believe, based on any reasonable knowledge and information available, who may be a properly named defendant in this action, and to communicate this information in writing within 30 days of receipt of this letter to me as counsel for the potential claimant. This includes any modifications of the way that your name is stated in this written presuit notice. This also includes any employees or agents you believe need to be included in this claim / lawsuit for the care and allegations at issue.

***********

To the extent that you have any interest in settling this matter and all of its damages in the next 60 days prior to a lawsuit being filed, I can be reached at brian@cummingsinjurylaw.com or at 615-319-4347.

Sincerely,

Brian Cummings

Brian Cummings

Enclosures

2

NAMES & ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
PURUSANT TO TENN. CODE ANN. 29-26-121(a)

| PROVIDER | ADDRESS PER TN DEPT. OF HEALTH | CURRENT BUSINESS ADDRESS | REGISTERED AGENT ADDRESS – TN SEC. OF STATE |
|---|---|---|---|
| Vanderbilt University Medical Center | 1211 Medical Center Drive Nashville, TN 37232 Attn: C. Wright Pinson, M.B.A., M.D. | 1211 Medical Center Drive Nashville, TN 37232<br><br>1161 21st Ave., S., Medical Center North D-3300 Nashville, TN 37232-5545 **(Principal Office – TN Sec. State)**<br><br>3322 West End Ave., #1100 Nashville, TN 37203-1000 **(Mailing Address – TN Sec. State)** | National Registered Agents, Inc. 300 Montvue Road Knoxville, TN 37919-5546 **(TN Sec. State)** |

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| **Patient Name:** ROBERT WILLIAMS, JR. | **Date of Birth:** | **Social Security No:** |
| **Provider's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | **Recipient's Name:** VANDERBILT UNIVERSITY MEDICAL CENTER | |
| **Provider's Address:** 1211 MEDICAL CENTER DR NASHVILLE, TN 37232 | **Address 1:** 1211 MEDICAL CENTER DR. | |
| | **Address 2:** | |
| | **City** NASHVILLE | **State** TN **Zip** 37232 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date: 6-1-2024    Event:

Purpose of Disclosure:  Compliance with Tenn. Code Ann. §29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

### SECTION B:  NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Law, 4235 Hillsboro Pike #300, Nashville, TN, 37215, within five days after the records are obtained via this authorization, if feasible, and with email transmittal being preferred to reduce / eliminate costs.

### SECTION C:  SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: | Date: 10/12/23 |
|---|---|
| Print Name of Guardian / Representative (if applicable): Bradley Jones | Relationship to Patient (if applicable): Spouse |

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**



STATE FILE NUMBER 2023 042479

| 1. Decedent's Legal Name | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|
| ROBERT WAYNE WILLIAMS JR | | | | MALE | 07/13/2023 |

| 4. Time of Death (Appox.) | 5a. Age | 6. Date of Birth | 7. Birthplace | |
|---|---|---|---|---|
| 22-22 | 51 | | NEW ALBANY, IN | |

| 8a. Place of Death |
|---|
| INPATIENT |

| 9b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER | NASHVILLE | DAVIDSON |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| MARRIED | BRADLEY JONES | FACILITY MANAGER | FIRST UROLOGY |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| | INDIANA | CLARK | HENRYVILLE |

| | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 13d. Street and Number 2010 CEDAR CREEK DRIVE | YES | 47126 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| ROBERT WILLIAMS SR | ROBERTA BALDWIN HAWKINS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| BRADLEY JONES | SPOUSE | 2010 CEDAR CREEK DRIVE, HENRYVILLE, IN 47126 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| ENTOMBMENT REMOVAL FROM STATE | KRAFT GRACELAND MEMORIAL PARK | NEW ALBANY, IN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ KALEIGH B EASTWOOD | 20503 | ▶ /s/ STEPHANIE BROOK WORKING | 6116 |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| WOODLAWN-ROESCH-PATTON FUNERAL HOME AND MEMORIAL, 660 THOMPSON LANE, NASHVILLE, TN 37204-0407 | 933 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 07/17/2023 |

26. Certifier

26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ ASHISH S. SHAH | 053242 | 07/14/2023 |

| 27d. Name and Address |
|---|
| ASHISH S. SHAH VANDERBILT UNIVERSITY MEDICAL CENTER 1211 MEDICAL CENTER DRIVE, NASHVILLE, TN 37232 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. SEPSIS | |
| | b. HEART TRANSPLANT | |
| | c. | |
| | d. | |

| Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 29a. Was an Autopsy Performed? |
|---|---|
| | NO |
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| NATURAL | NO | N/A |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1699E

RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

15075793

*Edward G. Bishop III*
Edward G. Bishop III
State Registrar

*Ralph Alvarado*
Ralph Alvarado, MD, FACP
Commissioner

Date Issued: Jul-17-2023

CERTIFICATION OF VITAL RECORD



## UNITED STATES
## POSTAL SERVICE ®

# Certificate of Mailing — Firm (Domestic)

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office™ | Affix Stamp Here |
|---|---|---|---|
| Brian Cummings<br>Cummings Law<br>4235 Hillsboro Pike #300<br>Nashville, TN 37215 | 4 | 4 | *Postmark with Date of Receipt.* |
| | Postmaster, per *(name of receiving employee)* | | |

GREEN HILL STATIONS NASHVILLE, TN
NOV 15 2023
37215-9998

| USPS® Tracking Number<br>Firm-specific Identifier | Address<br>(Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 9414811899562604720215<br>*1* | Vanderbilt Univ. Medical Center<br>3322 West End Ave., #1100<br>Nashville, TN 37203-1000 | $7.18 | | | |
| 9414811899562604727221<br>*2* | Vanderbilt Univ. Medical Center<br>1161 21st Ave., S.<br>Medical Center North D-3300<br>Nashville, TN 37232-5545 | $7.18 | | | |
| 9414811899562604726255<br>*3* | Vanderbilt Univ. Medical Center<br>c/o National Registered Agents, Inc.<br>300 Montvue Rd.<br>Knoxville, TN 37919-5546 | $7.18 | | | |
| 9414811899562604726019<br>*4* | Vanderbilt Univ. Medical Center<br>Attn: C. Wright Pinson, MBA, MD<br>1211 Medical Center Dr.<br>Nashville, TN 37232 | $7.18 | | | |
| *5* | | | | | |
| *6* | | | | | |

PS Form 3665, January 2016 (Page 1 of 1) 7530-17-000-5549

See Reverse for Instructions